**STATE of Missouri, Respondent,**

v.

**Sylvester D. LLOYD, Appellant.**

**No. WD 71541.**

Missouri Court of Appeals,
Western District.

April 5, 2011.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 3, 2011.

Application for Transfer Denied
June 28, 2011.

Rosemary E. Percival, Kansas City, MO,
for appellant.

Shaun J. Mackelprang and John M.
Reeves, Jefferson City, MO, for respondent.

Before Division Three: CYNTHIA L.
MARTIN, Presiding Judge, JAMES E.
WELSH, Judge and GARY D. WITT,
Judge.

**ORDER**

PER CURIAM:

Sylvester Lloyd was convicted after a
jury trial of murder in the second degree,

Section 565.021 (RSMo 2000), and armed
criminal action, Section 571.015 (RSMo
2000). On appeal, Lloyd contends the circuit court erred in entering judgment
against him because the Court clearly
erred in overruling his *Batson* objections
to the State's peremptory strikes of certain venirepersons during voir dire. For
reasons explained in a memorandum provided to the parties, we find no error and
affirm the judgment of conviction. Rule
30.25(b).